**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re:

MICHAEL BREEN

Debtor(s)

CASE NO. 8:15-bk-00774-KRM
CHAPTER 7

_____/

**PROOF OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the ORDER GRANTING RELIEF FROM AUTOMATIC STAY(D.E. 10) has been served either by electronic or standard first class mail this 23rd day of March, 2015 to MICHAEL BREEN, 5929 CHERRY OAK DR, VALRICO, FL 33596; Bernard J Morse, Morse Law Firm, PA, P.O. Box 6537, Brandon, FL 33508; U.S. Trustee Middle-TPA7/13; 501 East Polk Street, Timberlake Annex, Suite 1200, Tampa, FL 33602; and Traci Stevenson, P.O. Box 86690, Madeira Beach, FL 33738.

/s/ Brian M. Guertin
_____
The Law Offices of Daniel C. Consuegra, P.L.
**X Brian M. Guertin/Florida Bar #109105**
☐ Steve D. Tran/Florida Bar #14822
☐ Dessa Willson/Florida Bar #66384
☐ Lauren Osa/Florida Bar #46378
9204 King Palm Drive
Tampa, FL 33619-1328
bkfiling@consuegralaw.com
Tel (813) 915-8660
Fax (813) 915-0559
Attorney for Creditor