UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Michael Patrick Breen and,
Sandra Ann Breen,

Case No. 8:15-bk-00774

Debtors.
_____/

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

MICHAEL and SANDRA ANN BREEN, do hereby give notice of the following change of address for Capital Bank:

Old Address:  P.O. Box 164405, Miami, FL 33116

New Address:  12195 Metro Pkwy., Ste. 6, Ft. Myers, FL 33966

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **Notice of Creditor's Change of Address** has been furnished on this 2nd day of April, 2015, via electronic mail and/or U.S. mail to: Traci K. Stevenson, P.O. Box 86690, Madeira Beach, FL 33738; United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; and Capital Bank, 12195 Metro Pkwy., Ste. 6, Ft. Myers, FL 33966.

MORSE LAW FIRM, P.A.

BERNARD J. MORSE, ESQ.
Florida Bar No. 462251
P.O. Box 6537
Brandon, FL  33508
Telephone:  (813) 341-840
Facsimile:  (813) 463-1807
Email:  bmorse@morselawyers.com