ORDERED.

Dated:  June 09, 2015

K. Rodney May
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
## www.flmb.uscourts.gov

IN RE:

MICHAEL PATRICK BREEN and             CASE NO. 15-00774-KRM
SANDRA ANN BREEN,

                                 Chapter7

        Debtors

_____/

## ORDER DISMISSING CASE

THIS CAUSE came on for consideration on the Motion of the Trustee to Dismiss for the Chapter 7 Bankruptcy for MICHAEL PATRICK BREEN and SANDRA ANN BREEN (doc no.17).  This Court, having considered the record, and being otherwise fully advised in the premises. Accordingly, it is,

**ORDERED**, the Motion to Dismiss is granted and the above captioned case as to MICHAEL PATRICK BREEN and SANDRA ANN BREEN and is hereby dismissed no discharge entered.

Trustee Traci K. Stevenson is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.